```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X        CHAPTER 13
IN RE:

ALMA I. FUENTES                          CASE NO.: 16-43655-nhl

                Debtor

--------------------------------X
```

NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE

PLEASE TAKE NOTICE that upon the annexed affirmation of Richard S. Feinsilver, attorney for the debtor herein, a motion pursuant to 11 U.S.C. Section 1307 shall be made as set forth below:

| | |
|---|---|
| Judge: | Nancy Hershey Lord |
| RETURN DATE AND TIME: | May 17, 2017, 9:30 AM |
| Place: | U.S. Bankruptcy Court<br>271C Cadman Plaza East, Room 2529<br>Brooklyn NY 11201 |
| RELIEF REQUESTED: | Dismiss the instant case pursuant to 11 U.S.C. Section 1307. |
| BASIS FOR RELIEF REQUESTED: | There is sufficient cause to grant this application pursuant to 11 U.S.C. Section 1307. |

Dated: Carle Place, New York
       April 27, 2017

                                    s/Richard S. Feinsilver
                                    _____
                                    Richard S. Feinsilver
                                    Attorney for the Debtor
                                    One Old Country Road, S 125
                                    Carle Place, New York 11514
                                    516-873-6330

TO: US Trustee
    Marianne DeRosa, Esq
    All affected creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X    Case No.: 16-43655-nhl
In re:

ALMA I. FUENTES                    APPLICATION TO DISMISS
                                   CHAPTER 11 CASE PURSUANT
                                   TO SECTION 1307

              Debtors.
------------------------------X

TO THE HONORABLE NANCY HERSHEY LORD, UNITED STATES BANKRUPTCY JUDGE:

The application of ALMA I. FUENTES, by her attorney, Richard S. Feinsilver, the Debtor requests that the above captioned case be dismissed pursuant to 11 U.S.C. Section 1307 And in support thereof avers as follows:

1. The debtor filed a bankruptcy petition pursuant to Chapter 13 of the Bankruptcy Code on August 15, 2016. The debtor last filed plan has not yet been confirmed by this Court.

2. On or prior to October 30, 2016, the debtor's mortgage holder filed a Notice of Change in Post Petition Payment which increased the debtor's monthly obligation from approximately $1,325.00 per month to in excess of $3,000.00 per month. As a consequence of the foregoing, the debtor elected to participate in this Court's Loss Mitigation Program. A request was filed on November 3, 2016 and the requisite Order was entered on December 12, 2016. The debtor participated in the Program and received an offer of a trial modification with a trial payment of approximately $3,000.00 per month. The debtor was unable to accept the trial modification. In addition, the debtor's mortgage holder will not consider an appeal in that the debtor had two previous modifications.

3. Although the debtor has other unsecured debt, as a consequence of a prior discharge in 2012, she is unable to obtain a discharge from this Court until 2012. Upon information and belief, the debtor shall

make arrangements to pay these obligations outside of bankruptcy. As such, it will no longer be necessary to continue the prosecution of the instant case at the present time.

4. Based upon the foregoing, your affiant respectfully requests that this case be dismissed pursuant to 11 U.S.C. Section 1307.

5. Further, upon information and belief, pursuant to the Loss Mitigation Guidelines promulgated by this Court, the debtor is not obligated to continue the prosecution of its case once a decision has been rendered.

6. Based upon the foregoing, the creditor body in this case would not be prejudiced by the dismissal of the debtor's case.

7. Since there is no unique issue at law herein, it is respectfully requested that the filing of a memorandum at law be waived in this matter.

WHEREFORE, applicant prays that the case be dismissed pursuant to 11 U.S.C. Sections 1307 and that the applicant be granted such other and further relief as the court may deem proper.

Dated: Carle Place, New York
      April 27, 2017

                                      s/Richard S. Feinsilver

                                      Richard S. Feinsilver
                                      Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:

ALMA I. FUENTES

                        Case No.:16-43655

                        CHAPTER 13

        Debtor(s)    AFFIRMATION OF SERVICE

------------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the debtor in the instant case.

2. That on the 27th day of April 2017, your affiant served a copy of the within Notice of Motion and Supporting Documents in this case upon:

Marianne DeRosa, 125 Jericho Turnpike, Suite 105, Jericho NY 11753
Alma I. Fuentes, 150-52 115th Drive, Jamaica NY 11434
All creditors and other parties to whom notice is required pursuant to BR 2002.

the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, VIA first class mail, enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: April 27, 2017
       Carle Place, New York    s/Richard S. Feinsilver

                                              _____
                                              RICHARD S. FEINSILVER

```
Label Matrix for local noticing          LVNV Funding LLC                    271-C Cadman Plaza East, Suite 1595
0207-1                                   c/o Resurgent Capital Services      Brooklyn, NY 11201-1801
Case 1-16-43655-nhl                      PO Box 10587
Eastern District of New York             GREENVILLE, SC 29603-0587
Brooklyn
Fri Apr 14 10:00:33 EDT 2017

AMAZON                                   Aldridge Pite LLP                   BARCLAY
PO BOX 960013                            4375 Jutland Drive, Suite 200       PO BOX 13337
ORLANDO, FL 32896-0013                   PO Box 17933                        PHILADELPHIA, PA 19101-3337
                                         San Diego CA 92177-7921

CAPITAL ONE                              CARE CREDIT                         CHILDRENS PLACE
BOX 71083                                PO BOX 960061                       BOX 9001006
CHARLOTTE, NC 28272-1083                 ORLANDO, FL 32896-0061              LOUISVILLE, KY 40290-1006

Capital One Bank (USA), N.A.             Capital One, N.A.                   FIGI
PO Box 71083                             PO Box 71083                        3200 SOUTH CENTRAL AVE
Charlotte, NC 28272-1083                 Charlotte, NC 28272-1083            MARSHFIELD, WI 54404-0002

Figi's Companies Inc                     (p) INTERNAL REVENUE SERVICE        LENDING CLUB
c/o Creditors Bankruptcy Service         CENTRALIZED INSOLVENCY OPERATIONS   71 STEVENSON ST
P O Box 800849                           PO BOX 7346                         SUITE 300
Dallas, TX 75380-0849                    PHILADELPHIA PA 19101-7346          SAN FRANCISCO, CA 94105-2985

LVNV Funding, LLC its successors and assigns   MILESTONE                    Midland Funding LLC
assignee of ODYF CL LLC                        BOX 4499                     PO Box 2011
Resurgent Capital Services                     BEAVERTON, OR 97076-4499     Warren, MI 48090-2011
PO Box 10587
Greenville, SC 29603-0587

(p)NATIONSTAR MORTGAGE LLC               NAVIENT                             Nationstar Mortgage LLC
PO BOX 619096                            BOX 13611                           c/o Shapiro, DiCaro & Barak, LLC
DALLAS TX 75261-9096                     PHILA, PA 19101-3611                One Huntington Quadrangle, Suite 3N05
                                                                             Melville, NY 11747
                                                                             6 11747-4468

Navient Solutions, Inc. on behalf of     New York City Water Board           Office of the United States Trustee
Department of Education Loan Services    Andrew Rettig                       Eastern District of NY (Brooklyn Office)
PO BOX 9635                              Assistant Counsel                   U.S. Federal Office Building
Wilkes-Barre, PA 18773-9635              59-17 Junction Boulevard            201 Varick Street, Suite 1006
                                         Elmhurst, NY 11373-5188             New York, NY 10014-9449

Quantum3 Group LLC as agent for          Synchrony Bank                      U.S. Bank National Association, Trustee, (Se
GPCC I LLC                               c/o PRA Receivables Management, LLC C/O Nationstar Mortgage LLC
PO Box 788                               PO Box 41021                        PO Box 619096
Kirkland, WA 98083-0788                  Norfolk VA 23541-1021               Dallas, Texas 75261-9096

US Bank NA as Trustee c/o Nationstar Mortgag   WALMART                       Alma I Fuentes
Lewisville TX 75067                            BOX 960023                    150-52 115th Drive
                                               ORLANDO, FL 32896-0023        Jamaica, NY 11434-1502
```